In the Matter of COST VENDRAMIS, Respondent.

SWORD STEAMSHIP LINE, INC., Appellant.

Submitted June 1, 1942; decided June 11, 1942.

*Inzer B. Wyatt* for motion.

*M. Harvey Smedley* and *Roberts B. Thomas* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution. (*Matter of Bickerton* v. *N. Y. Theatre Co.*, 232 N. Y. 1.)